AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### SOUTHERN DIVISION

| | |
|---|---|
| DIANA L. BENEFIEL,<br>   Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>   Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:11-CV-82-D** |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that the Plaintiff's objections to the Memorandum and Recommendations [D.E. 44] are overruled, and the Court adopts the Memorandum and Recommendations [D.E. 43]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 38] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 40] is GRANTED, and Defendant's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JULY 20, 2012,** WITH A COPY TO:

Pamela Marie Henry-Mays (via CM/ECF Notice of Electronic Filing)
Amy C. Rigney (via CM/ECF Notice of Electronic Filing)


July 20, 2012                   JULIE A. RICHARDS, Clerk
Date                       Eastern District of North Carolina

                         /s/Debby Sawyer
                         (By) Deputy Clerk

Raleigh, North Carolina