# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | |
|---|---|
| DIANA L. BENEFIEL,  )  <br>     Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> ) <br> MICHAEL J. ASTRUE,  ) <br> *Commissioner of the Social* ) <br> *Security Administration,* ) <br>     Defendant.  ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:11-CV-82-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff's objections to the Memorandum and Recommendations [D.E. 44] are overruled, and the Court adopts the Memorandum and Recommendations [D.E. 43]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 38] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 40] is GRANTED, and Defendant's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JULY 20, 2012,** WITH A COPY TO:

Pamela Marie Henry-Mays (via CM/ECF Notice of Electronic Filing)
Amy C. Rigney (via CM/ECF Notice of Electronic Filing)


July 20, 2012                                              JULIE A. RICHARDS, Clerk
Date                                                        Eastern District of North Carolina

                                                                                     /s/Debby Sawyer
                                                                                      (By) Deputy Clerk

Raleigh, North Carolina